■ VALERIE E. MOORE, Appellant, v AMERICAN HONDA MOTOR CORPORATION et al., Respondents, et al., Defendants. VALERIE E. MOORE, Appellant, v HONDA RESEARCH AND DEVELOPMENT COMPANY, LTD., Respondent.—Order unanimously affirmed without costs for the reasons stated in the decision at Special Term, Graney, J. (Appeal from order of Supreme Court, Genesee County, Graney, J.—summary judgment.) Present—Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.